1  SHELLA SADOVNIK, ESQ.
   SB#: 267551
2  33 TRINITY
   IRVINE, CA 92612
3  347-815-2936
   SADOVNIKLEGAL@GMAIL.COM
4
   *ALAN J. SASSON
5  LAW OFFICE OF ALAN J. SASSON
   2687 CONEY ISLAND AVE.
6  2ND FLOOR
   BROOKLYN, NEW YORK 11236
7  718-339-0856
   ALAN@SASSONLAW.COM
8  *Admitted Pro Hac Vice

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

PNINA COHEN and SHAUL CHAZON,

      Plaintiffs,

vs.

ANIL K. MOHAN, individually, ANIL K. MOHAN d/b/a SUBWAY #18966, ANMONE RESTAURANTEURS, INC., ANMONE RESTAURANTEURS d/b/a SWEETOPIA, COUNTRYSIDE INN ONTARIO, L.P.,

      Defendants.

Case No.: 17-cv-218-JGB-SP

Discovery Cut-Off: April 18, 2017

**JOINT STIPULATION FOR ORDER TO MODIFY NOVEMBER 28, 2017 SCHEDULING ORDER; [PROPOSED] ORDER THEREON**

The Hon. Jesus Bernal

Plaintiffs PNINA COHEN and SHAUL CHAZON ("Plaintiffs") and Defendants ANIL K. MOHAN, individually, ANMONE RESTAURANTEURS, INC., ANMONE

Joint Stipulation to Modify November 28, 2017 Scheduling Order - 1

1 RESTAURANTEURS d/b/a SWEETOPIA, through their respective undersigned counsel, hereby
2 respectfully submit the following Joint Stipulation and (Proposed) Order to Modify the Court's
3 November 28, 2017 Scheduling Order.

4 **STIPULATION**

5 WHEREAS the Court issued a Scheduling Order on November 28, 2017 modifying the
6 May 17, 2017 Scheduling Order;

7 WHEREAS, because Plaintiffs reside in New York State, and the expert discovery and
8 fact discovery is more difficult to obtain due to the distance, the parties need additional time to
9 conduct discovery, including the designation of expert witnesses, and taking depositions of
10 experts, treating physicians and witnesses;

11 WHEREAS, the parties intend to maintain the same trial date;

12 WHEREAS, under the Court's Modified Scheduling Order, the date for designation of
13 expert witnesses is March 20, 2018 and the Discovery Cut-Off is April 18, 2018;

14 WHEREAS, the parties agree that good cause exists to extend the deadlines in the
15 Court's Scheduling Order, issued November 28, 2017, as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline for Initial Designation of Expert Witnesses | 3/20/2018 | 5/3/2018 |
| Deadline for Designation of Rebuttal Expert Witnesses | 4/4/2018 | 5/17/2018 |
| All Discovery Cut-Off | 4/18/2018 | 6/1/2018 |
| Dispositive Motion Hearing Cut-Off | 8/20/2018 | 8/27/2018 at 9:00am |
| Last day to conduct Settlement Conference | 5/29/2018 | 9/14/2018 |
| Final Pre-Trial Conference | 8/27/2018 | 8/27/2018 |
| Jury Trial | 10/09/2018 at 9:00am | 10/09/2018 at 9:00am |

Joint Stipulation to Modify November 28, 2017 Scheduling Order - 2

1  Respectfully submitted,

2  Dated: March 5, 2018

3  **SADOVNIK LEGAL P.C.**

4  /s/*Shella Sadovnik*
   Shella Sadovnik
5  Attorneys for PLAINTIFFS

6  Dated: March 5, 2018

   **LAW OFFICE OF ERIC G. ANDERSON**
7
   /s/*Tracy Goldberg*
8  Tracy Goldberg
   Attorneys for ANMONE RESTAURANTEURS,
9  INC., ANMONE RESTAURANTEURS
   d/b/a SWEETOPIA
10

11 Dated: March 5, 2018

12 **THOMPSON & COLEGATE LLP**

   /s/*Gary Montgomery*
13 Gary Montgomery
   Attorneys for ANIL K. MOHAN
14

15

16

17

18

19

20

21

22

23

24

Joint Stipulation to Modify November 28, 2017 Scheduling Order - 3