**THOMPSON & COLEGATE LLP**
**3610 Fourteenth Street**
**P. O. Box 1299**
**Riverside, California 92502**
**Tel: (951) 682-5550**
**Fax: (951) 781-4012**

GARY T. MONTGOMERY (SBN 166817)
gmontgomery@tclaw.net
TREVOR D. DEBUS (SBN 290201)
tdebus@tclaw.net

Attorneys for Defendant, ANIL K. MOHAN, individually, ANIL K. MOHAN dba SUBWAY #18966

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISON

| | |
|---|---|
| PNINA COHEN,<br><br>      Plaintiff,<br><br>v.<br><br>ANIL K. MOHAN, individually, ANIL K. MOHAN d/b/a SUBWAY #18966, ANMONE RESTAURANTEURS, INC., ANMONE RESTAURANTEURS d/b/a SWEETOPIA, and COUNTRYSIDE INN ONTARIO, L.P., CITY OF BARSTOW, COUNTY OF SAN BERNARDINO, CALIFORNIA DEPARTMENT OF TRANSPORTATION (CALTRANS),<br><br>      Defendants. | CASE NO. 17-cv-218-JGB-SP<br><br>JUDGE:    Hon. Jesus G. Bernal<br><br>**JOINT STIPULATION FOR ORDER TO MODIFY MARCH 12, 2018 SCHEDULING ORDER; [PROPOSED] ORDER THEREON**<br><br>TRIAL DATE:    10/09/2018<br>ACTION FILED:  04/20/2017 |

Defendant ANIL K. MOHAN, individually, ANIL K. MOHAN dba SUBWAY #18966, ANMONE RESTAURANTEURS, INC., and ANMONE RESTAURANTEURS d/b/a SWEETOPIA ("Defendants") and Plaintiffs PNINA COHEN and SHAUL CHAZON ("Plaintiffs"), through their respective undersigned counsel, hereby respectfully submit the following Joint Stipulation for an Order to

1

Modify the March 12, 2018 Scheduling Order and [Proposed] Order.

**STIPULATION**

WHEREAS, the Court issued a modified Scheduling Order of March 12, 2018;

WHEREAS, the parties have actively been working together to arrange mediation and depositions of experts retained herein;

WHEREAS, the parties agree that in order to effectuate a good faith and meaningful mediation, depositions of experts is required to fully evaluate the facts and issues involved herein;

WHEREAS, given the availability of the parties and retained experts, it will be necessary depose experts beyond the May 3, 2018 discovery cut-off date;

WHEREAS, the parties intend to maintain the same trial date;

WHEREAS, under the Court's March 12, 2018 Scheduling Order, the date for discovery cut-off is June 1, 2018;

WHEREAS, the parties agree that good cause exists to extend the following deadlines in the Court's Scheduling Order of March 12, 2018 as follows:

| Event | Current Date | New Proposed Date |
|---|---|---|
| All Discovery Cut-Off | June 1, 2018 | July 16, 2018 |
| Dispositive Motion Hearing Cut-Off | August 20, 2018 | August 20, 2018 |
| Last Day to Conduct Settlement Conference | September 18, 2018 | September 14, 2018 |
| Final Pre-Trial Conference | September 24, 2018 | September 24, 2018 |
| Jury Trial | October 9, 2018 at 9:00 a.m. | October 9, 2018 at 9:00 a.m. |

/ / /

/ / /

Respectfully Submitted,

DATED: May 29, 2018      SADVONIK LEGAL PC

By:\_\_\_\_\_/s/ Shella Sadovink, Esq.\_\_\_\_
Shella Sadovink, Esq.
Attorneys for Plaintiffs,
PNINA COHEN, an individual, and
SHAUL CHAZON, an individual

DATED: May 29, 2018      LAW OFFICE OF ALAN J. SASSON PC

By:\_\_\_\_\_/s/ Alan Sasson, Esq.\_\_\_\_
Alan Sasson, Esq.
Attorneys for Plaintiffs,
PNINA COHEN, an individual, and
SHAUL CHAZON, an individual

DATED: May 29, 2018      THE KOPPLE LAW GROUP

By:\_\_\_\_\_/s/ Michael Kopple, Esq.\_\_\_\_
Michael Kopple, Esq.
Attorneys for Plaintiffs,
PNINA COHEN, an individual, and
SHAUL CHAZON, an individual

DATED: May 29, 2018      THOMPSON & COLEGATE LLP

By:\_\_\_\_\_/s/ Trevor D. DeBus, Esq.\_\_\_\_
GARY T. MONTGOMERY, ESQ.
TREVOR D. DEBUS, ESQ.
Attorneys for Defendants,
ANIL K. MOHAN, individually, ANIL K.
MOHAN dba SUBWAY #18966.

**JOINT STIPULATION FOR ORDER TO MODIFY MARCH 12, 2018 SCHEDULING ORDER; [PROPOSED] ORDER THEREON**

| | | |
|---|---|---|
| 1 | DATED:  May 29, 2018 | LAW OFFICE OF ERIC G. ANDERSON |

By:_____/s/ Tracy Goldberg, Esq._____
    Tracy Goldberg, Esq.
    Attorneys for Defendants,
    Anil K. Mohan, Anil Mohan D/B/A
    Subway #18966, Anmone Restauranteurs,
    Inc. and Anmone Restauranteurs, Inc.
    DBA Sweetopia

**JOINT STIPULATION FOR ORDER TO MODIFY MARCH 12, 2018 SCHEDULING ORDER; [PROPOSED] ORDER THEREON**